In the Matter of the Claim of FRANCES M. BACH, Respondent, against HAMPDEN SALES ASSOCIATION, INC., et al., Appellants. STATE INDUSTRIAL BOARD et al., Respondents.

Argued October 18, 1944; decided November 22, 1944.

*George J. Stacy* and *William S. Sinclair* for appellants.

*Nathaniel L. Goldstein,* Attorney-General (*Roy Wiedersum* of counsel), for State Industrial Board, respondent.

*William B. Davis* and *E. C. Sherwood* for F. W. Woolworth Company and The Travelers Insurance Company, respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.